| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Dale K. Galipo (SBN 144074)<br>THE LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Ste. 310<br>Woodland Hills, CA 91367<br>dalekgalipo@yahoo.com;<br>Telephone: (818) 347-3333<br>Fax: (818) 347-4118<br><br>ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V., a minor, by and through guardian ad litem Rosalia Adan, et al.<br><br>Plaintiff(s),<br>v.<br>CITY OF LOS ANGELES; COLIN LANGSDALE; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Plaintiffs** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) V.V., a minor, by and through guardian ad litem Rosalia Adan | 1) Plaintiff |
| 2) Victor R. Valencia | 2) Plaintiff |
| 3) Clara Quesada | 3) Plaintiff |
| 4) City of Los Angeles | 4) Defendant |
| 5) Colin Langsdale | 5) Defendant |
| 6) DOES 1-10 | 6) Defendant |

February 26, 2021

Date

*[Signature]*

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES