FILED
CLERK, U.S. DISTRICT COURT

7/19/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V. et al., | Case No. 2:21-cv-01889-MCS-PD |
| Plaintiffs, | **JURY INSTRUCTIONS—DAMAGES** |
| v. | |
| CITY OF LOS ANGELES and COLIN LANGSDALE, | |
| Defendants. | |

1

## INSTRUCTION NO. 1

### Damages—Federal Law

It is the duty of the Court to instruct you about the measure of damages.

Because you found for Plaintiffs on the Fourth Amendment—Excessive Force claim, you must determine Plaintiffs' damages. Plaintiffs have the burden of proving damages by a preponderance of the evidence. Damages mean the amount of money that will reasonably and fairly compensate the Plaintiffs for any injury to Victor Valencia you find was caused by Sergeant Langsdale. You should consider the following:

(1) The nature and extent of Victor Valencia's injuries;

(2) The loss of enjoyment of life experienced by Victor Valencia; and

(3) The mental, physical, and emotional pain and suffering experienced prior to death.

It is for you to determine what damages, if any, have been proved.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

# INSTRUCTION NO. 2
## Tort Damages—State Law

You have decided that Victor Valencia was harmed and that Sergeant Langsdale's battery and negligence was a substantial factor in causing the harm. You must also decide how much money will reasonably compensate V.V., the minor child of decedent Victor Valencia, for the harm. This compensation is called "damages."

The amount of damages must include an award for each item of harm that was caused by Sergeant Langsdale's wrongful conduct, even if the particular harm could not have been anticipated.

V.V. does not have to prove the exact amount of damages that will provide reasonable compensation for the harm. However, you must not speculate or guess in awarding damages.

The following are specific items of damages claimed by V.V.:

(1) The loss of the Victor Valencia's love, companionship, comfort, care, assistance, protection, affection, society, and moral support; and

(2) Funeral and burial expenses.

Your award of any future economic damages must be reduced to present cash value.

No fixed standard exists for deciding the amount of noneconomic damages. You must use your judgment to decide a reasonable amount based on the evidence and your common sense.

In determining the loss of V.V., the decedent Victor Valencia's minor child, do not consider:

(1) V.V.'s grief, sorrow, or mental anguish;

(2) Victor Valencia's pain and suffering; or

(3) The poverty or wealth of V.V.