## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:21-cv-01889-MCS-PD | | Title | V.V. et al v. City of Los Angeles et al | FILED CLERK, U.S. DISTRICT COURT |
|---|---|---|---|---|---|
| Judge | Mark C. Scarsi, United States District Judge | | | | JUL 1 9 2022 |
| Dates of Trial or Hearing | 7/12/2022; 7/13/22; 7/14/22 , 7/15/22 , 7/18/22 , 7/19/2022 | | | | CENTRAL DISTRICT OF CALIFORNIA DEPUTY |
| Court Reporters or Tape No. | Judy Moore | | | | |
| Deputy Clerks | Stephen Montes Kerr | | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K. Galip | Colleen R. Smith |
| Ranhee Lee | Cory M. Brente |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Witness Colin Langsdale 7/12/22 | Plf |
| | | | | | | Witness Colin Langsdale 7/13/22 | Plf |
| | | | | | | Witness Colin Langsdale 7/14/22 | Def |
| | | | | | | Witness Angela Lopez 7/14/22 | Plf |
| | | | 1042, pg | 32A 7/14/22 | 7/14/22 | Annotated version of Exhibit 1042, pg. 32 | |
| | | | | | | WIT ROGER ALMA CLARK 7-14-22 | π |
| | | | | | | WIT ROBYN PARKS 7-14-22 | Δ-π |
| | | | | | | WIT ROGER A. CLARK 7-14-22 | π |
| | | | | | | WIT EDWARD THOMAS FLOSI 7-15-22 | Δ |
| | | | | | | WIT CATHY CORTEZ 7-18-22 | π |
| | | | | | | WIT V.V. (MINOR) 7-18-22 | π |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## WITNESS LIST OF THE DEFENDANTS

| # | *Witness Name, Telephone Number, Address* | *Summary of Testimony / Why Testimony Unique* | *Time for Direct Exam Est. (Hrs.)* | *Time for Cross-Exam Est. (Hrs.)* | *Dates of Testimony* |
|---|---|---|---|---|---|
| 1. | Colin Langsdale, LAPD. c/o Defense Counsel | Named Defendant Officer. He shot and killed the decedent. | Π: 1.5 hour | Δ: | [To be filled in during trial] |
| 2. | Roger Clark | Plaintiffs' expert on police practices and procedures. | Π: 1 hour | Δ: | |
| 3. | Dr. Robyn Parks. Deputy Medical Examiner. Department of Medical Examiner-Coroner-County of Los Angeles | Performed the autopsy on the decedent. Dr. Parks has knowledge on the bullet wounds and injuries the decedent sustained. Dr. Parks has knowledge on bullet trajectory of the gunshot wound. | Π: 30 min. | Δ: | |
| 4. | Evelyn Arrieta, 213-258-7404, 11408 ½ Venice Blvd. Los Angeles, CA 90066 | Ms. Errieta was walking behind the decedent before and at the time of the shooting. She observed what the decedent and the defendant officer were doing before and at the time of the shooting. | Π: 20 min. | Δ: | |
| 5. | Angela Lopez, 323-346-689*, 11408 ½ Venice Blvd. Los Angeles, CA 90066 | Ms. Lopez was walking behind the decedent before and at the time of the shooting. She observed what the decedent and the defendant officer were doing before and at the time of the shooting. | Π: 20 min. | Δ: | |
| 6. | Roy Phillips, 323-801-6491, | Mr. Phillips observed what the decedent and the | Π: 20 min. | Δ: | |

| # | Witness Name, Telephone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam Est. (Hrs.) | Time for Cross-Exam Est. (Hrs.) | Dates of Testimony |
|---|---|---|---|---|---|
| | 13518 Yukon Avenue. #123. Hawthorne, CA 90250 | defendant officer were doing before and at the time of the shooting. | | | |
| 7. | Cathy Cortez. c/o Plaintiffs' counsel | Mr. Valencia' sister. Paid for Mr. Valencia' funeral. | Π: 20 min. | Δ: | |
| 8. | Clara Quesada, c/o Plaintiffs' counsel | Mr. Valencia' mother. Can testify as to damages. | Π: 20 min. | Δ: | |
| 9. | Victor R. Valencia, c/o Plaintiffs' counsel | Mr. Valencia' father. Can testify as to damages. | Π: 15 min. | Δ: | |
| 10. | V.V., c/o Plaintiffs' counsel | Mr. Valencia's only son. | Π: 15 min | Δ: | |
| 11. | Rosalia Adan, Guardian ad litem to V.V. | V.V.'s maternal grandmother. Can testify as to damages. | Π: 15 min. | Δ: | |
| 12. | * Lieutenant James Antenucci, Officer-in-Charge, Administrative Section A. Force Investigation Division | Supervised Detectives who investigated this shooting incident by Defendant Colin Langsdale. | Π: 20 min. | Δ: | |
| 13. | *Detective Sammy Hancock. #33242. Force Investigation | Interviewed Defendant Colin Langsdale on January 11, 2020 at 6:37pm after the shooting. | Π: 20 min. | Δ: | |

| # | Witness Name, Telephone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam Est. (Hrs.) | Time for Cross- Exam Est. (Hrs.) | Dates of Testim ony |
|---|---|---|---|---|---|
|  | Division. | | | | |
| 14. | *Detective Michael Arteaga. #32722. Force Investigation Division. | Interviewed Defendant Colin Langsdale on January 11, 2020 at 6:37pm after the shooting. Also interviewed Jeff Robles, the LAFD Firefighter. | Π: 20 min. | Δ: | |
| 15. | *Jeff Robles. Firefighter. LAFD Engine 43. | Arrived on scene and performed life saving measures for Mr. Valencia. | Π: 15 min. | Δ: | |
| 16. | *Detective Guy Golan. #38235, Force Investigation Division. | Interviewed the percipient witnesses, Angela Lopez on January 11th at 3:11p.m and Evelyn Arrieta on Janaury 11th at 3:32 p.m. | Π: 15 min. | Δ: | |
| 17. | *Officer Aleshkevich. #42827 | Interviewed the percipient witnesses, Angela Lopez and Evelyn Arrieta at the Shell Gas Station at Venice Blvd and Sepulveda. He also prepared the summary of the interview on a palm size interview card. | Π: 11 min. | Δ: | |
| 18. | *Officer Rodriguez. #42215 | Interviewed the percipient witnesses, Angela Lopez and Evelyn Arrieta at the Shell Gas Station at Venice Blvd and Sepulveda. He also prepared the summary of the interview on a palm size interview card. | Π: 11 min. | Δ: | |

4

## DEFENDANTS' WITNESS LIST

| No. | Witness's Name*, Phone Number, Address | Summary of Testimony | Time for direct Exam | Time for Cross Exam | Dates of Testimony |
|---|---|---|---|---|---|
| 1. | V.V., may be contacted through plaintiff's counsel | Plaintiff, daughter of decedent Victor Valencia will testify regarding her relationship with decedent and her damages. | | 30 mins | |
| 2. | Victor R. Valencia, may be contacted through plaintiff's counsel | Plaintiff, father of decedent Victor Valencia will testify regarding his relationship with decedent and his damages. | | 30 mins | |
| 3. | Clara Quesada, may be contacted through plaintiff's counsel | Plaintiff, mother of decedent Victor Valencia will testify regarding her relationship with decedent and her damages. | | 30 mins | |
| 4. | Rosalia Adan, may be contacted through plaintiff's counsel | Witness, guardian *ad litem* for V.V. will testify regarding her relationship with decedent and V.V. relationship with the decedent | | 30 mins | |
| 5. | Sergeant Colin Langsdale, may be contacted through defense counsel | Defendant and LAPD Sergeant. He will testify as to his observations of the incident and | 1.5 hrs | | |

2

| | | | | | |
|---|---|---|---|---|---|
| | | the decedent Victor Valencia, any statement he made/heard at scene. | | | |
| 6. | Officer Emery Newsom*, may be contacted through defense counsel | LAPD Officer that responded to the scene and was part of the arrest team. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 45 mins | | |
| 7. | Officer Daniel Seals, may be contacted through defense counsel | LAPD Officer that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene.  He was the first officer in the group that approached Victor Valencia after the incident. | 30 mins | | |
| 8. | Officer Alejandro Ferreras*, may be contacted through defense counsel | LAPD Officer that responded to the scene and was part of the arrest team. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |

| 9. | Officer Brian Kolke*, may be contacted through defense counsel | LAPD Officer that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia upon his approach after the shooting, any statement he made/heard at scene. | 30 mins | | |
| 10. | Officer Michael Putrah*, may be contacted through defense counsel | LAPD Officer that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 11. | Officer Zera Gregoire*, may be contacted through defense counsel | LAPD Officer that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene.  He was part of the team that approached Victor Valencia after the incident. | 30 mins | | |
| 12. | Officer Joseph Loera*, may be contacted through defense counsel | LAPD Officer that responded to the scene and was part of the arrest team. He will testify as to his observations | 30 mins | | |

| | | | | | |
|---|---|---|---|---|---|
| | | of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | | | |
| 13. | Officer Pedro Magallanes*, may be contacted through defense counsel | LAPD Officer that responded to the scene and was part of the arrest team. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 14. | Officer Rennick Brown, may be contacted through defense counsel | LAPD Tactical Flight Officer that responded to the scene in a LAPD airship. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made over the air and/or heard from others at scene. | 30 mins | | |
| 15. | Sergeant Christopher Miller, may be contacted through defense counsel | Sergeant with the Wilshire Division that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |

5

| 16. | Lieutenant Gilberto Alonso, may be contacted through defense counsel | Lieutenant with the Los Angeles Police Department who was assigned as a patrol watch commander at the Pacific Station on the date of the incident. He responded to the scene of the shooting. | 30 mins | | |
|---|---|---|---|---|---|
| 17. | Officer Matthew Randolph*, may be contacted through defense counsel | Police Officer with the Culver City Police Department that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 18. | Officer John Stulp*, may be contacted through defense counsel | Police Officer with the Culver City Police Department that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 19. | Officer Michael Kutyo*, may be contacted through defense counsel | Police Officer with the Culver City Police Department that responded to the scene. He will | 30 mins | | |

6

| | | | | | |
|---|---|---|---|---|---|
| | | | testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | | | |
| | 20. | Sergeant Edward Baskaron*, may be contacted through defense counsel | Sergeant with the Culver City Police Department that responded to the scene. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| | 21. | Sergeant Brent Arney*, may be contacted through defense counsel | Sergeant with the Culver City Police Department V. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| | 22. | Jeff Robles, may be contacted through defense counsel | LAFD Paramedic who will testify as to his knowledge of the emergency medical treatment provided to Victor Valencia at the scene. | 30 mins | | |
| | 23. | Daniel Griley*, may be contacted | LAFD Paramedic who will testify as to | 30 mins | | |

| | | | | | |
|---|---|---|---|---|---|
| | through defense counsel | his knowledge of the emergency medical treatment provided to Victor Valencia at the scene. | | | |
| 24. | Nester Lorente, may be contacted through defense counsel | Culver City FD/Paramedic who will testify as to his knowledge of the emergency medical treatment provided to Victor Valencia at the scene. | 30 mins | | |
| 25. | Bobby J. Chun*, may be contacted through defense counsel | LAPD Criminalist that will testify as to the evidence collected and analyzed and any reports he authored or reviewed. | 30 mins | | |
| 26. | Jacob Seror*, may be contacted through defense counsel | LAPD Criminalist, Firearms Examiner that will testify as to the evidence collected and analyzed and any reports he authored or reviewed. | 30 mins | | |
| 27. | Carol Acosta*, may be contacted through defense counsel | LAPD Narcotics Analyst, that will testify as to the evidence collected and analyzed and any reports she authored or reviewed. | 30 mins | | |

| | | | | | |
|---|---|---|---|---|---|
| 28. | Trisha Ariyasu*, may be contacted through defense counsel | LAPD Firearms Analyst that will testify as to the evidence collected and analyzed and any reports she authored or reviewed. | 30 mins | | |
| 29. | Brian Reinarz*, may be contacted through defense counsel | LAPD Criminalist that will testify as to the evidence collected and analyzed and any reports he authored or reviewed. | 30 mins | | |
| 30. | Sarah Buxton de Quintana*, Los Angeles County Coroner's Office | Toxicologist, Los Angeles County Coroner's Office. She will testify as to the evidence collected and analyzed and any reports she authored or reviewed. | 30 mins | | |
| 31. | Mehmet Sencan (857)919-6968 22311 Modina, Laguna Hills, CA | Percipient Witness to a portion of the incident.  He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 32. | Angela Lopez (323) 346-6890 11408 ½ Venice Blvd, Los Angeles, CA | Percipient Witness to a portion of the incident.  She will testify as to | 30 mins | | |

| | | | | | |
|---|---|---|---|---|---|
| | | her observations of the incident and the decedent Victor Valencia, any statement she made/heard at scene. | | | |
| 33. | Evelyn Arrieta (213) 258-7404 11408 ½ Venice Blvd, Los Angeles, CA | Percipient Witness to a portion of the incident. She will testify as to her observations of the incident and the decedent Victor Valencia, any statement she made/heard at scene. | 30 mins | | |
| 34. | Roy Phillips (323)801-6491 13518 Yukon Avenue Hawthorne, Ca 90250 | Percipient Witness to a portion of the incident. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 35. | Urbano Rodriguez (213)531-1727 145 ½ S. Reno St., Los Angeles, CA 90057 | Percipient Witness to a portion of the incident. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 36. | Sheela Burbridge (310)740-1158 3749 McLaughlin | Percipient Witness to a portion of the incident. She will testify as to | 30 mins | | |

| | | | | | |
|---|---|---|---|---|---|
| | #29, Los Angeles, CA 90066 | her observations of the incident and the decedent Victor Valencia, any statement she made/heard at scene. | | | |
| 37. | Juan Martinez | Percipient Witness to a portion of the incident. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 min | | |
| 38. | Alejandro Mateo | Percipient Witness to a portion of the incident. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 39. | Reggie Jackson (424)537-6744 | Percipient Witness to a portion of the incident. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | | |
| 40. | Insik Han (310)313-4366 3817 Sepulveda Ave, Los | Percipient Witness to a portion of the incident. He will testify as to | 30 mins | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Angeles, CA 90230 | his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | | |
| | 41. | Chad Terrell (310)663-0655 1761 Washington Way, Venice, CA 90291 | Percipient Witness to a portion of the incident. He will testify as to his observations of the incident and the decedent Victor Valencia, any statement he made/heard at scene. | 30 mins | |
| | 42. | Dr. Jason Singer, UCLA Medical Center | Physician that treated Victor Valencia at UCLA Medical Center. He will testify as to his observations of Victor Valencia and the medical treatment provided to Victor Valencia at the hospital. | 45 mins | |
| | 43. | Dr. Robyn Parks, Los Angeles County Coroner's Office | Deputy Medical Examiner who will testify as to the autopsy performed on Victor Valencia and any reports she reviewed and/or authored. | 45 mins | |
| | 44. | Edward Flosi, may be contacted through defense counsel | Defendants' police practices expert and will testify re: opinions set forth in his Rule 26 report. | 1.5 hrs | |

this exhibit list to the extent permitted by this Court and the Local Rules.

## JOINT EXHIBIT LIST

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| 1. | Photographs of Sgt. Colin Langsdale [DEFT 1291-DEFT 1296] | FRE 401 and 403. Defendants object to the use of multiple photographs of the same subject. | | |
| 2. | Photographs of Sgt. Langsdale's gun and Ammunition [DEFT 1297-DEFT 1304]  2-1 ONLY | FRE 401 and 403. Defendants object to the use of multiple photographs of the same subject. | 7-13-22 | 7-13-22 |
| 3. | Photographs of bullet marks on Scene [DEFT 1120-1126] | FRE 401 and 403 and lacks foundation. Defendants object to the use of multiple photographs of the same subject and to their use with an inappropriate witness. | | |

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| 4. | 14A49 Newsom-Seals 1-WM [DEFT 1255] | FRE 401 and 403, hearsay, and lacks foundation. Defendants object to the extent that the portions of the BWV are irrelevant, contain hearsay or become cumulative of other evidence. | | |
| 5. | Interview Transcript: Angela Lopez- WM [DEFT 1315-1332] | FRE 401 and 403, hearsay and lacks foundation. Defendants do not object to the transcript being marked for identification only.  However Defendants' object to their admission into evidence as they contain multiple layers of hearsay. | | |
| 6. | Interview Transcript: Evelyn Arrieta- WM [DEFT 1388-1409] | FRE 401 and 403, hearsay and lacks foundation. | | |

3

| Case No.: 2:21−cv−01889−MCS−PD |
| :--- |
| Case Name.: V.V., et al. v. County of Los Angeles, et al. |

| Plaintiffs' Exhibits | | | | |
| :--- | :--- | :--- | :--- | :--- |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | Defendants do not object to the transcript being marked for identification only. However Defendants' object to their admission into evidence as they contain multiple layers of hearsay. | | |
| 7. | Interview Transcript: Roy Phillips WM [DEFT 1791-1830] | FRE 401 and 403, hearsay and lacks foundation. Defendants do not object to the transcript being marked for identification only. However Defendants' object to their admission into evidence as they contain multiple layers of hearsay. | | |
| 8. | Interview Recording: F003-20 Wit Angela Lopez [dEFT 2091] | FRE 401 and 403, hearsay and lacks foundation. Defendants do | | |

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| Plaintiffs' Exhibits | | | | |
| Exhibit Number | Description of Exhibit | Objection and Reasons | Date Identified | Date Admitted |
| | | not object to the transcript being marked for identification only. However Defendants' object to their admission into evidence as they contain multiple layers of hearsay. | | |
| 9. | Interview Recording: F003-20 Wit Evelyn Arrieta [DEFT 2093] | FRE 401 and 403, hearsay and lacks foundation. Defendants do not object to the transcript being marked for identification only. However Defendants' object to their admission into evidence as they contain multiple layers of hearsay. | | |
| 10. | Interview Recording: F003-20 Wit Roy Phillips [DEFT 2097] | FRE 401 and 403, hearsay and lacks foundation. Defendants do not object to the | | |

| | Case No.: 2:21−cv−01889−MCS−PD |
|---|---|
| | Case Name.: V.V., et al. v. County of Los Angeles, et al. |

| | | **Plaintiffs' Exhibits** | | |
|---|---|---|---|---|
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | transcript being marked for identification only.  However Defendants' object to their admission into evidence as they contain multiple layers of hearsay. | | |
| 11. | Shell Gas Station Pac OIS F003-20 [WM] | FRE 401 and 403, hearsay, and lacks foundation. Defendants object to the extent that the portions of the gas station video are irrelevant, contain hearsay or become cumulative of other evidence. | | |
| 12. | Photographs of Plaintiffs<br>12-1, 12-2, AND 12-3 ONLY | FRE 401 and 403, lacks foundation and hearsay. Defendants object to the extent that the photographs are irrelevant. | 7-18-22 | 7-18-22 |

| | Case No.: 2:21−cv−01889−MCS−PD | | | |
|---|---|---|---|---|
| | **Case Name.: V.V., et al. v. County of Los Angeles, et al.** | | | |
|  | **Plaintiffs' Exhibits** | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | Defendants further object to the use of multiple photographs of the same subject. | | |
| 13. | Relevant Portions of the Autopsy report [Plaintiffs 0022-0037]   *pg 13 ONLY* | FRE 403 and hearsay. Defendants do not object to the autopsy report being marked for identification only and being used with the appropriate witness. However, Defendants object to the entirety of the autopsy report being admitted into evidence as it contains multiple layers of hearsay. | 7-14-22 | 7-14-22 |
| 14. | Autopsy Photographs | Defendants further object to the autopsy photographs under FRE 403 as being | | |

7

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | graphic and unnecessarily cumulative. | | |
| 15. | Funeral and Burial Expenses | Lacks foundation and hearsay. Defendants object to these exhibits being used with an inappropriate witness or without the proper foundation being established. | | |
| 16. | Photograph of Mr. Valencia<br>*16-1 ONLY* | FRE 401 and 403, lacks foundation and hearsay. Defendants object to the extent that the photographs are irrelevant. Defendants further object to the use of multiple photographs of the same subject. | | |
| 17. | Still shots / photographs from the Shell Gas Station Video | FRE 401 and 403. | | |

| Case No.: 2:21−cv−01889−MCS−PD |
| :--- |
| Case Name.: V.V., et al. v. County of Los Angeles, et al. |

| Plaintiffs' Exhibits | | | | |
| :--- | :--- | :--- | :--- | :--- |
| Exhibit Number | Description of Exhibit | Objection and Reasons | Date Identified | Date Admitted |
| 18. | Sgt. Langsdale Body Cam Video | No objection as long as the portions shown are consistent with the Court's pretrial rulings | | |
| 19. | Audio recording of Interview of Sgt. Langsdale (Part 1) and transcript thereof | FRE 401 and 403, hearsay and lacks foundation. Defendants do not object to the transcript being marked for identification only. However Defendants' object to their admission into evidence as they contain multiple layers of hearsay. | 7-19-22 | |
| 20. | Audio recording of Interview of Sgt. Langsdale (Part 2) and transcript thereof | FRE 401 and 403, hearsay and lacks foundation. Defendants do not object to the transcript being marked for identification only. However Defendants' object to their | | |

| Case No.: 2:21–cv–01889–MCS–PD |
| :--- |
| Case Name.: V.V., et al. v. County of Los Angeles, et al. |

| Plaintiffs' Exhibits | | | | |
| :--- | :--- | :--- | :--- | :--- |
| Exhibit Number | Description of Exhibit | Objection and Reasons | Date Identified | Date Admitted |
| | | admission into evidence as they contain multiple layers of hearsay. | | |
| 21. | [21-999 reserved] | | | |

## DEFENDANTS' EXHIBITS

| Exhibit Number | Description of Exhibit | Objections and Reasons | Date Identified | Date Admitted |
| :--- | :--- | :--- | :--- | :--- |
| 1000 | LAPD Pacific Frequency Communications Recording and Transcript - (ID ONLY) | F.R.E. 403, 801, 802 | 7-13-22 | 7-13-22 |
| 1001 | TAC Frequency Communications Recording and Transcript | F.R.E. 403, 801, 802 | | |
| 1002 | LAPD 911 Recording #1 and Transcript | F.R.E. 403, 801, 802 | | |
| 1003 | LAPD 911 Recording #2 and Transcript | F.R.E. 403, 801, 802 | | |
| 1004 | LAPD 911 Recording #3 and Transcript | F.R.E. 403, 801, 802 | | |
| 1005 | LAPD 911 Recording #4 and Transcript | F.R.E. 403, 801, 802 | | |
| 1006 | LAPD 911 Recording #5 and Transcript | F.R.E. 403, 801, 802 | | |
| 1007 | LAPD 911 Recording #6 and Transcript | F.R.E. 403, 801, 802 | | |
| 1008 | CHP 911 Recording and Transcript | F.R.E. 403, 801, 802 | | |
| 1009 | LAPD Incident Recall Printout | F.R.E. 403, 801, 802 | | |
| 1010 | CUPD Incident printout | F.R.E. 403, | | |

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
| :-- | :-- | :-- | :-- | :-- |
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | 801, 802 | | |
| 1011 | Clip of Putrah Body Worn Video [Deft 1239] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1012 | Ferreras 1 Body Worn Video [Deft 1240] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1013 | Ferreras 2 Body Worn Video [Deft 1241] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1014 | Gregoire Body Worn Video | Plaintiffs object | | |

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | [Deft 1242] | to admission of the entire body-worn camera videos—pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1015 | Kolke Body Worn Video [Deft 1243] | Plaintiffs object to admission of the entire body-worn camera videos—pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1016 | Langsdale Body Worn Video [Deft 1244] | Plaintiffs object to admission of the entire body-worn camera videos—pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | 7-13-22 | 7-13-22 |
| 1017 | Loera 1 Body Worn Video [Deft 1245] | Plaintiffs object to admission of the entire body- | | |

| Case No.: 2:21−cv−01889−MCS−PD |||||
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. |||||
| **Plaintiffs' Exhibits** |||||
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1018 | Loera 2 Body Worn Video [Deft 1246] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1019 | Magallanes Body Worn Video [Deft 1247] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1020 | Putrah Body Worn Video [Deft 1249] | Plaintiffs object to admission of the entire body-worn camera videos— | | |

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1021 | Seals Body Worn Video [Deft 1250] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1022 | Clips from Body Worn Videos<br><br>1022-B, 1022-C, AND 1022-D ONLY | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | 7-13-22 | 7-13-22 |
| 1023 | Still Photographs from Body Worn Videos | | 7-13-22 | 7-13-22 |
| 1024 | Sergeant Miller Digital In-Car Video [Deft 1251] | Plaintiffs object to admission of the entire body-worn camera videos— | | |

| Case No.: 2:21−cv−01889−MCS−PD |||||
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. |||||
| **Plaintiffs' Exhibits** |||||
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1025 | Kolke and Ferreras Digital In-Car Video [Deft 1252] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1026 | Putrah and Gregoire Digital In-Car Video [Deft 1253] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1027 | Loera and Magallanes Digital In-Car Video [Deft 1254] | Plaintiffs object to admission of the entire body-worn camera videos— pursuant to F.R.E. 401, | | |

| Case No.: 2:21–cv–01889–MCS–PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | 402, 403, only relevant portions should be played. | | |
| 1028 | Newsom and Seals Digital In-Car Video 1 [Deft 1255] | Plaintiffs object to admission of the entire body-worn camera videos—pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1029 | Newsom and Seals Digital In-Car Video 2 [Deft 1256] | Plaintiffs object to admission of the entire body-worn camera videos—pursuant to F.R.E. 401, 402, 403, only relevant portions should be played. | | |
| 1030 | Clips from Digital In-Car Videos | Plaintiffs object to admission of the entire body-worn camera videos—pursuant to F.R.E. 401, 402, 403, only relevant | | |

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | portions should be played. | | |
| 1031 | Still Photographs from Digital In-Car Videos | | | |
| 1032 | Shell Gas Station Surveillance Video [Deft 1257] | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the shooting. | | |
| 1033 | Shell Gas Station Surveillance Video [Deft 1258] | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the shooting. | | |
| 1034 | Shell Gas Station Surveillance Video [Deft 1259] | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the shooting. | | |
| 1035 | Shell Gas Station Surveillance Video [Deft 1260] | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the | | |

| Case No.: 2:21−cv−01889−MCS−PD<br><br>Case Name.: V.V., et al. v. County of Los Angeles, et al. | | | | |
|---|---|---|---|---|
| **Plaintiffs' Exhibits** | | | | |
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | | shooting. | | |
| 1036 | Shell Gas Station Surveillance Video [Deft 1261] | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the shooting. | | |
| 1037 | Shell Gas Station Surveillance Video [Deft 1262] | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the shooting. | | |
| 1038 | Shell Gas Station Surveillance Video [Deft 1270] | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the shooting. | 7-13-22 | 7-13-22 |
| 1039 | Still Photographs from Shell Gas Station Surveillance Videos<br>pg. 1 ONLY | F.R.E. 401, 402, 403 on the grounds that this information was unknown to Langsdale at the time of the shooting. | 7-13-22 | 7-13-22 |
| 1040 | News Media Videos | F.R.E. 401, 402, 403, 801, | | |

*(handwritten, top right):* pgs 1-3, 5, 7-9, 11-12, 13, 16, 23-24, 27, AND 32 ONLY

**Case No.: 2:21−cv−01889−MCS−PD**

**Case Name.: V.V., et al. v. County of Los Angeles, et al.**

| | Plaintiffs' Exhibits | | | |
|---|---|---|---|---|
| Exhibit Number | Description of Exhibit | Objection and Reasons | Date Identified | Date Admitted |
| | | 802 | | |
| 1041 | Still Photographs from News Media Videos | F.R.E. 401, 402, 403 | | |
| 1042 | Photographs of the scene | F.R.E. 403 | 7-12-22 | 7-12-22 |
| 1043 | Google Maps of location of incident *pgs 3 & 6 ONLY* | | 7-13-22 | 7-13-22 |
| 1044 | Autopsy Report and Photographs | F.R.E. 403, 801, 802 | | |
| 1045 | LAPD Property Report dated 1/15/20 | F.R.E. 403, 801, 802 | | |
| 1046 | LAPD Property Report dated 1/22/20 | F.R.E. 403, 801, 802 | | |
| 1047 | LAPD Property Report dated 1/29/20 | F.R.E. 403, 801, 802 | | |
| 1048 | LAPD Property Report dated 1/30/20 | F.R.E. 403, 801, 802 | | |
| 1049 | LAPD Property Report dated 3/16/20 | F.R.E. 403, 801, 802 | | |
| 1050 | LAPD Laboratory Report re Latent Print Comparison | F.R.E. 403, 801, 802 | | |
| 1051 | LAPD Laboratory Report re Serology/ DNA | F.R.E. 403, 801, 802 | | |
| 1052 | LAPD Laboratory Report re Officer Langsdale Test Fire Firearm | F.R.E. 403, 801, 802 | | |
| 1053 | LAPD Laboratory Report re Bullet Path Analysis | F.R.E. 403, 801, 802 | | |
| 1054 | LAPD Laboratory Report re Firearms-Distance Determination | F.R.E. 403, 801, 802 | | |
| 1055 | LAPD Laboratory Report re Narcotics Analysis | F.R.E. 403, 801, 802 | | |
| 1056 | LAPD Analyzed Evidence Reports | F.R.E. 403, 801, 802 | | |
| 1057 | LAPD Death Investigation | F.R.E. 403, | | |

| Case No.: 2:21−cv−01889−MCS−PD | | | | |
|---|---|---|---|---|
| **Case Name.: V.V., et al. v. County of Los Angeles, et al.** | | | | |

| Plaintiffs' Exhibits | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Description of Exhibit** | **Objection and Reasons** | **Date Identified** | **Date Admitted** |
| | Report | 801, 802 | | |
| 1058 | LAPD Follow-up Investigation Report re incident | F.R.E. 403, 801, 802 | | |
| 1059 | 12/30/2019 Culver City Police Department Case Report | F.R.E. 403, 801, 802 | | |
| 1060 | Consolidated Criminal History Printout re Victor Valencia | F.R.E. 401, 402, 403, 404, 801, 802 | | |
| 1061 | Ed Flosi's report and CV<br><br>*For Identification Only* | F.R.E. 403, 801, 802 | | |
| 1062 | Body Worn Camera<br><br>*Demonstrative; for Identification Only* | F.R.E. 401, 402, 403 | | |
| 1063 | Photographs of Body Worn Camera   *Pg 1 ONLY* | F.R.E. 401, 402, 403 | 7-13-22 | 7-13-22 |
| 1064 | Sight alignment photograph<br><br>*Demonstrative; for Identification only* | F.R.E. 401, 402, 403, 801, 802 | | |
| 1065 | Interview Transcript: Terrell Chad | F.R.E. 801, 802 | | |
| 1066 | Interview Transcript: Sheela Burbridge | F.R.E. 801, 802 | | |
| 1067 | Interview Transcript : Angela Lopez | F.R.E. 801, 802 | | |
| 1068 | Interview Transcript: Evelyn Arrieta | F.R.E. 801, 802 | | |
| 1069 | Interview Transcript: Reggie Jackson | F.R.E. 801, 802 | | |
| 1070 | Interview Transcript: Insik Han | F.R.E. 801, 802 | | |
| 1071 | Interview Transcript: Juan | F.R.E. 801, 802 | | |

JOINT EXHIBIT LIST