JURY NOTE NO. __1__



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DATE: __July 15, 2022__

TIME: __5:00 pm__

CASE NO. 2:21-cv-01889-MCS-PD

CASE NAME: *V.V. et al v. City of Los Angeles et al*

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

Shell Gas Video Exhibit 1038
Clips from Body Worn Videos Exhibit 1022

__REDACTED__
FOREPERSON OF THE JURY