JURY NOTE NO. __2__



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DATE: 18 Jul '22

TIME: 9:22 AM

CASE NO. 2:21-cv-01889-MCS-PD

CASE NAME: *V.V. et al v. City of Los Angeles et al*

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

Legal Qs for the judge

- Is there a difference betwn Q1 & Q5? (Besides the instruction pages given in the packet)
- Related to that, is it legally possible to have different answers to Q1 & Q5?
- What are the consequences of the verdict esp in regard to Q1 & Q5? Is it simply monetary?



FOREPERSON OF THE JURY