JURY NOTE NO. ___3___



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DATE: __7-18-22__

TIME: __11:25 AM__

CASE NO. 2:21-cv-01889-MCS-PD

CASE NAME: *V.V. et al v. City of Los Angeles et al*

THE JURY HAS REACHED A UNANIMOUS VERDICT __YES__

THE JURY REQUESTS THE FOLLOWING:



_____
FOREPERSON OF THE JURY