JURY NOTE NO. ~~###~~ 4

UNITED STATES DISTRICT COURT



CENTRAL DISTRICT OF CALIFORNIA

DATE: 7-19-22

TIME: 11:15 AM

CASE NO. 2:21-cv-01889-MCS-PD

CASE NAME: *V.V. et al v. City of Los Angeles et al*

THE JURY HAS REACHED A UNANIMOUS VERDICT ✓

THE JURY REQUESTS THE FOLLOWING:



FOREPERSON OF THE JURY