FILED
CLERK, U.S. DISTRICT COURT
JUL 19 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V. et al., | Case No. 2:21-cv-01889-MCS-PD |
| Plaintiffs, | **VERDICT FORM—DAMAGES** |
| v. | |
| CITY OF LOS ANGELES and COLIN LANGSDALE, | |
| Defendants. | |

# VERDICT

We answer the questions submitted to us as follows:

### Damages—Federal Law

**QUESTION NO. 1:**

What are the damages for the decedent, Victor Valencia, for his pre-death pain and suffering and loss of life?

    Pre-death pain and suffering    $ __0__

    Loss of life    $ __145,000__

*Proceed to Question 2.*

### Damages—State Law

**QUESTION NO. 2:**

What are the damages for V.V., the minor child of Victor Valencia, for Victor Valencia's wrongful death?

    V.V.'s past wrongful death damages    $ __20,000__

    V.V.'s future wrongful death damages    $ __2,000,000__

*Sign and date the verdict form.*

The foreperson should sign and date the verdict form.

__19 Jul 2022__            __REDACTED__

Date                                Foreperson