FILED
CLERK, U.S. DISTRICT COURT

JUL 1 9 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V. et al.,<br><br>               Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES and COLIN LANGSDALE,<br><br>           Defendants. | Case No. 2:21-cv-01889-MCS-PD<br><br>**VERDICT FORM** |

1

## **VERDICT**

2

We answer the questions submitted to us as follows:

3

4

## **Fourth Amendment—Excessive Force**

5

**QUESTION NO. 1:**

6

Did Sergeant Colin Langsdale use excessive or unreasonable force against

7

Victor Valencia under federal law?

8

YES ___Yes___

9

NO _____

10

*If you answered Yes to Question 1, proceed to Question 2. If you answered No*

11

*to Question 1, do not answer Questions 2, 3, or 4 and proceed to Question 5.*

12

13

14

15

16

17

**QUESTION NO. 2:**

18

Did Sergeant Colin Langsdale's use of excessive or unreasonable force cause

19

the death of Victor Valencia?

20

YES ___Yes___

21

NO _____

22

*If you answered Yes to Question 2, proceed to Question 3. If you answered No*

23

*to Question 2, do not answer Questions 3 or 4 and proceed to Question 5.*

24

25

26

27

28

## Fourteenth Amendment—Substantive Due Process

**QUESTION NO. 3:**

Did Sergeant Colin Langsdale's shooting of Victor Valencia shock the conscience?

YES _____

NO   _NO_

*Proceed to Question 4.*

## Bane Act

**QUESTION NO. 4:**

Did Sergeant Colin Langsdale intend to deprive Victor Valencia of his right to be free from excessive force?

YES _____

NO   _NO_

*Proceed to Question 5.*

3

1                           **<u>Battery by Peace Officer</u>**

2 **QUESTION NO. 5:**

3         Did Sergeant Colin Langsdale use deadly force that was not necessary in

4 defense of a human life under state law?

5                YES    Yes   

6                NO          

7         *If you answered Yes to Question 5, proceed to Question 6. If you answered no*

8 *to Question 5, answer no further questions. Proceed to sign and date the verdict form.*

9

10

11

12

13

14 **QUESTION NO. 6:**

15         Was Sergeant Colin Langsdale's use of deadly force a substantial factor in

16 causing the death of Victor Valencia?

17                YES    Yes   

18                NO          

19         *Proceed to Question 7.*

20

21

22

23

24

25

26

27

28

**<u>Negligent Use of Force</u>**

**QUESTION NO. 7:**

    Was Sergeant Colin Langsdale's use of deadly force negligent under state law?

    YES   <u>Yes</u>

    NO   <u>     </u>

*If you answered Yes to Question 7, proceed to Question 8. If you answered No to Question 7, answer no further questions. Proceed to sign and date the verdict form.*

**QUESTION NO. 8:**

    Was Victor Valencia negligent under the circumstances?

    YES   <u>Yes</u>

    NO   <u>     </u>

*If you answered Yes to Question 8, proceed to Question 9. If you answered No to Question 8, answer no further questions. Proceed to sign and date the verdict form.*

**QUESTION NO. 9:**

Was Victor Valencia's negligence a substantial factor in causing his death?

YES _____Yes_____

NO _____

*If you answered Yes to Question 9, proceed to Question 10. If you answered No to Question 9, answer no further questions. Proceed to sign and date the verdict form.*

**QUESTION NO. 10:**

What percentage of negligence that caused Victor Valencia's death do you assign to Sergeant Colin Langsdale, and what percentage of negligence that caused Victor Valencia's death do you assign to Victor Valencia, if any? (Your total should equal 100%).

Sergeant Colin Langsdale _____51%_____

Victor Valencia _____49%_____

100%

*Sign and date the verdict form.*

*Please check your answers to make sure you followed the instructions on this form.*

The foreperson should sign and date the verdict form.

7-18-22

Date

REDACTED

Foreperson

6