1

2

3

4

5

6

7

**JS-6**

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

V.V., a minor, by and through guardian ad litem Rosalina Adan, individually and as successor in interest to Victor Valencia, deceased, VICTOR R. VALENCIA, and CLARA QUESADA,

Plaintiff,

v.

CITY OF LOS ANGELES; COLIN LANGSDALE, and DOES 1–10, inclusive,

Defendant.

Case No. 2:21-cv-01889-MCS-PD

**JUDGMENT**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the jury's verdict and the Court's orders,

2    IT IS ADJUDGED that judgment is entered in favor of Plaintiff V.V. and against

3    Defendants City of Los Angeles and Colin Langsdale on V.V.'s federal excessive force

4    claim and V.V.'s state law wrongful death claims. Plaintiff V.V. shall take $145,000 on

5    the excessive force claim and $1,030,200 on the state law wrongful death claims.

6    Plaintiff V.V. shall take nothing on his other claims. Plaintiffs Victor Valencia and

7    Clara Quesada shall take nothing on their claims. Plaintiff V.V. is entitled to his costs

8    of suit and prejudgment interest as governed by 28 U.S.C. § 1961. The Court reserves

9    decision on any award of attorney's fees until after Plaintiff V.V. files a motion under

10   Federal Rule of Civil Procedure 54(d)(2).

11

12   **IT IS SO ORDERED.**

13

14    Dated: August 10, 2022                    _____

15                                              MARK C. SCARSI
                                                UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2