**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Ranhee Lee, Esq. (SBN 330979)
rlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel:    (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V., a minor, by and through guardian ad litem Rosalia Adan, individually and as successor in interest to Victor Valencia, deceased; VICTOR R. VALENCIA and CLARA QUESADA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; COLIN LANGSDALE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01889-MCS-PD<br><br>**PLAINTIFF V.V.'S OBJECTION TO THE ADJUSTED DAMAGE AMOUNT IN THE JUDGMENT ENTERED BY THE COURT** |

TO THIS HONORABLE COURT, ALL THE PARTIES, AND THEIR RESPECTIVE COUNSEL:

Please take notice that Plaintiff V.V. hereby objects to the Court's adjusted damage amount in the judgment entered on August 10, 2022 in the above-captioned matter.

**OBJECTION TO COURT'S ADJUSTMENT TO DAMAGE AMOUNT**

The trial of this action began on July 12, 2022, in Courtroom 7C of the United States District Court, Central District of California, Honorable Mark C. Scarsi, presiding.  Plaintiffs were represented by attorneys Dale K. Galipo and Ranhee Lee at trial.  Defendants City of Los Angeles and Colin Langsdale were represented by attorneys Cory M. Brente and Colleen R. Smith of the Los Angeles City Attorney's Office.

A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel on damages, the jury was duly instructed by the Court and the case was submitted to the jury.  The jury of eight deliberated and thereafter returned a verdict as follows on damages:

**Damages—Federal Law**

**QUESTION NO. 1**:

What are the damages for the decedent, Victor Valencia, for his pre-death pain and suffering and loss of life?

|  |  |  |
|---|---|---|
| Pre-death pain and suffering | $ | *0* |
| Loss of Life | $ | *145,000* |

**Damages---State Law**

**QUESTION NO. 2**:

What are the damages for V.V., the minor child of Victor Valencia, for Victor Valencia's wrongful death?

|  |  |  |
|---|---|---|
| V.V.'s past wrongful death damages | $ | *20,000* |
| V.V.'s future wrongful death damages | $ | *2,000,000* |

On August 10, 2022, this Court entered the judgment specifying that "Plaintiff V.V. shall take $145,000 on the excessive force claim and $1,030,200 on the state law

OBJECTION TO ADJUSTED DAMAGE AMOUNT

wrongful death claims." (*see* Judgement. Docket. No. 99).  The damages awarded by the jury under state law claims were adjusted by the Court from $2,020,000 to $1,030,200.  Plaintiff objects to such adjustment in that a finding of contributory negligence should not reduce the damage amount awarded by the jury because the jury found in Plaintiff's favor on the battery claim, which is not subject to the reduction for contributory negligence.  "Section 1431.2, subdivision (a), does not authorize a reduction in the liability of intentional tortfeasors for noneconomic damages based on the extent to which the negligence of other actors – including the plaintiffs, any codefendants, injured parties, and nonparties—contributed to the injuries in question." *B.B. v. County of Los Angeles*, 10 Cal.5th 1, 29. (2020).

Further, the jury clearly found the defendants liable on both the battery and negligence claims.  Therefore, under the state law cited above, the wrongful death damages award of $2,020,000 should not be reduced.  Accordingly, Plaintiff V.V. requests that the Court enter a revised judgment to reflect damage amount of $145,000 on the excessive force claim and $2,020,000 on the battery claim for a total damage amount of $2,165,000.

DATE: August 10, 2022                              LAW OFFICES OF DALE K. GALIPO


By:   */s/ Dale K. Galipo*_____
      Dale K. Galipo
      Ranhee Lee
      Attorneys for Plaintiff V.V.