1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V., a minor, by and through guardian ad litem Rosalina Adan, individually and as successor in interest to Victor Valencia, deceased, VICTOR R. VALENCIA, and CLARA QUESADA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; COLIN LANGSDALE, and DOES 1–10, inclusive,<br><br>Defendant. | Case No. 2:21-cv-01889-MCS-PD<br><br>**AMENDED JUDGMENT** |

1

Pursuant to the jury's verdict and the Court's orders,

IT IS ADJUDGED that judgment is entered in favor of Plaintiff V.V. and against Defendants City of Los Angeles and Colin Langsdale on V.V.'s federal excessive force claim and V.V.'s state law wrongful death claims. Plaintiff V.V. shall take $145,000 on the excessive force claim and $2,020,000 on the state law wrongful death claims. Plaintiff V.V. shall take nothing on his other claims. Plaintiffs Victor Valencia and Clara Quesada shall take nothing on their claims. Plaintiff V.V. is entitled to his costs of suit and prejudgment interest as governed by 28 U.S.C. § 1961. The Court reserves decision on any award of attorney's fees until after Plaintiff V.V. files a motion under Federal Rule of Civil Procedure 54(d)(2).

**IT IS SO ORDERED.**

Dated: August 12, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE