**HYDEE FELDSTEIN SOTO**, City Attorney - SBN 10686
**SCOTT MARCUS,** Chief Assistant City Attorney - SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH**, Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:     (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendant* **CITY OF LOS ANGELES and COLIN LANGSDALE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V., a minor, by and through guardian ad litem Rosalia Adan, individually and as successor in interest to Victor Valencia, deceased; VICTOR R. VALENCIA and CLARA QUESADA, individually,<br><br>         Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES; COLIN LANGSDALE; and DOES 1- 10, inclusive,<br><br>         Defendants. | **CASE NO.: CV21-01889-MCS (PDx)**<br>*Hon. Mark C. Scarsi, Crtm. 7C, 7th Flr.*<br>*Hon. Mag. Patricia Donahue, Crtm. 580, 5th Flr.*<br><br>**JOINT STIPULATION (1) TO VACATE JUDGMENT AND (2) OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   **IT IS HEREBY STIPULATED** by and between Plaintiffs **V.V., a minor, by and through guardian ad litem Rosalia Adan, individually and as successor in interest to Victor Valencia, deceased, VICTOR R. VALENCIA and CLARA QUESADA**, on the one hand and Defendants **CITY OF LOS ANGELES and COLIN LANGSDALE** on the other hand, through their attorneys of record, as follows:

1

Plaintiffs, V.V., a minor, by and through guardian ad litem Rosalia Adan, individually and as successor in interest to Victor Valencia, deceased, VICTOR R. VALENCIA and CLARA QUESADA and Defendant CITY OF LOS ANGELES have a reached a full settlement of this matter (which includes costs and attorney's fees) following the trial in the above-entitled matter.

Thus, the parties hereby stipulate that any judgment previously entered in this matter against Defendants CITY OF LOS ANGELES and COLIN LANGSDALE be vacated. The parties further stipulate that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the entire above-entitled action against Defendants CITY OF LOS ANGELES and COLIN LANGSDALE, be dismissed, *with prejudice*.

**IT IS SO STIPULATED.**

Dated: March 21, 2023        LAW OFFICES OF DALE K. GALIPO

By: _____*/s/ Dale K. Galipo*_____
**DALE K. GALIPO, Esq.**
Attorneys for Plaintiffs, V.V., a minor, et al.

Dated: March 21, 2023        **HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____/s/ *Colleen R. Smith*_____
**COLLEEN R. SMITH,** Deputy City Attorney
Attorneys for Defendants, **CITY OF LOS ANGELES and COLIN LANGSDALE**

## ATTESTATION RE ELECTRONIC SIGNATURES

Pursuant to Local Rule 5 5-4.3.4(a)(2)(i), I attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 21, 2023

**HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: /s/ *Colleen R. Smith*
    **COLLEEN R. SMITH,** Deputy City Attorney
Attorneys for Defendants, **CITY OF LOS ANGELES and COLIN LANGSDALE**