UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V., a minor, by and through guardian ad litem Rosalia Adan, individually and as successor in interest to Victor Valencia, deceased; VICTOR R. VALENCIA and CLARA QUESADA, individually,<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES; COLIN LANGSDALE; and DOES 1- 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.: CV21-01889-MCS (PDx)**<br>*Hon. Mark C. Scarsi, Crtm. 7C, 7th Flr.*<br>*Hon. Mag. Patricia Donahue, Crtm. 580, 5th Flr.*<br><br>**ORDER RE: JOINT STIPULATION (1) TO VACATE JUDGMENT AND (2) OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (ECF No. 145)** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that:

1. The judgment entered in this matter against Defendants **CITY OF LOS ANGELES and COLIN LANGSDALE** is hereby vacated;
2. The above-entitled action against all Defendants, including **CITY OF LOS ANGELES and COLIN LANGSDALE,** is dismissed, *with prejudice*, in its entirety; and
3. Each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: March 22, 2023

_____
**HONORABLE MARK C. SCARSI**
**UNITED STATES DISTRICT JUDGE**